1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GENEVA LANGWORTHY,

        Plaintiff,

    v.

STATE OF WASHINGTON,

        Defendant.

Case No. C18-135-JPD

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

This matter comes before the Court upon plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of plaintiff's IFP application, the governing law and the balance of the record, the Court ORDERS:

(1)    Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2)    The Clerk is directed to send a copy of this Order to plaintiff, and to issue summons to plaintiff to enable proper service of the complaint on the appropriate parties. Plaintiff shall note that it is plaintiff's responsibility to serve copies of the complaint properly

//

//

ORDER
PAGE - 1

1  along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil

2  Procedure.

3         DATED this 2nd day of February, 2018.

4

5  _____
   JAMES P. DONOHUE

6  Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2