1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENEVA LANGWORTHY, | Case No. C18-135 RSM |
| Plaintiff, | ORDER GRANTING MOTIONS TO WITHDRAW MOTIONS |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motions to Withdraw Motions. Dkts. #15 and #17. The Court has determined that it can rule on these Motions without a response from Defendants, who have appeared in this matter, *see* Dkt. #11.

Local Rule 7(l) governs the withdrawing of Motions. That rule states, "[a] moving party may withdraw its own pending motion by filing a Notice to Withdraw Pending Motion." LCR 7(l). If the Motion's noting date has already passed, the moving party must also telephone the judge's chambers. *Id*. Taking these actions sufficiently informs the opposing parties and the Court. The moving party need not file a "motion" to obtain such relief.

The Court has reviewed Plaintiff's Motions above and, in an effort for clarity, will grant Plaintiff's requested relief by Court Order. The Court need not address the other issues raised in these Motions at this time.

ORDER GRANTING MOTIONS TO WITHDRAW MOTIONS - 1

Having reviewed Plaintiff's Motions and the remainder of the record, the Court hereby finds and ORDERS that:

1) Plaintiff's Motions to Withdraw Motions (Dkts. #15 and #17) are GRANTED as stated below.

2) Plaintiff's Motion to Appoint Counsel (Dkt. #5) and Plaintiff's Motion Requesting Disability Accommodation (Dkt. #13) are STRICKEN and removed from the Court's Motions Calendar.

3) The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 6th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTIONS TO WITHDRAW MOTIONS - 2