1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

GENEVA LANGWORTHY,

Plaintiff,

v.

STATE OF WASHINGTON,

Defendant.

Case No. C18-135RSM

MINUTE ORDER STRIKING AMENDED
COMPLAINT AND MOTION TO
REDUCE RELIEF AMOUNT AND
GRANTING LEAVE TO AMEND

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The following MINUTE ORDER is made by direction of the Court, the Honorable

Ricardo S. Martinez, Chief United States District Judge:

Plaintiff's original Complaint was filed on the docket February 2, 2018. Dkt. #4. This

Complaint complies with the requirements of Federal Rule of Civil Procedure 8(a), in that it

contains a short and plain statement of the grounds for the Court's jurisdiction, a short and

plain statement of the claim, and a demand for the relief sought. *See id.*

On April 4, 2018, Plaintiff filed a "Motion to Reduce Relief Amount," asking the Court

to "reduce the amount of relief requested in the above-captioned matter to $0.00." Dkt. #16.

Plaintiff includes no other explanation for this request. On April 9, 2018, Plaintiff filed a

purported Amended Complaint. Dkt. #19.

The Court notes that Plaintiff is only permitted to amend her pleading once as a matter of course within 21 days after serving the original Complaint, or 21 days after service of a responsive pleading or Rule 12 Motion from Defendant. Fed. R. Civ. P. 15(a). Otherwise, Plaintiff must seek leave of the Court to amend her Complaint by filing a motion for leave, or obtain the written consent of Defendant. Fed. R. Civ. P. 15(b).

The Court has examined Plaintiff's purported Amended Complaint and finds that it does not conform to Federal Rule of Civil Procedure 8(a). It does not state grounds for jurisdiction or relief requested, or otherwise comply with the formatting requirements of a complaint. Instead, it is formatted as a letter to the Court stating additional claims Plaintiff wishes to add to her original Complaint. *See* Dkt. #19.

If the Court permitted Plaintiff's Motion to Reduce Relief Amount and her purported Amended Complaint, Defendant and the Court would need to look at three different filings to see what Plaintiff is claiming in this case. Instead, the Court believes this case would be best served by Plaintiff filing a proper amended complaint containing all of Plaintiff's attempted revisions. Accordingly, the Court will strike the above new filings as improper and grant Plaintiff leave to file a new amended complaint, formatted like her original Complaint, where Plaintiff is free to add her new claims and to adjust her requested relief.

Given all of the above, the Court hereby STRIKES Dkts. #16 and #19. The Court grants leave for Plaintiff to file an Amended Complaint **within twenty-one (21) days**.

DATED this 20th day of April, 2018.

WILLIAM McCOOL, Clerk

By:    <u>/s/ Paula McNabb</u>
Deputy Clerk

MINUTE ORDER STRIKING AMENDED COMPLAINT AND MOTION TO REDUCE RELIEF AMOUNT - 2